UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDALE KEATON,

Plaintiff,

v.

ROBLOX CORPORATION, et al.,

Defendants.

Case No. 26-cv-09491-RFL

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Re: Dkt. No. 1

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Araceli Martínez-Olguín for consideration of whether the case is related to 4:25-cv-03088-AMO.

**IT IS SO ORDERED.**

Dated: September 8, 2026

RITA F. LIN
United States District Judge